# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2406 & TITLE - IN RE: Blue Cross Blue Shield Antitrust Litigation

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Opelousas Gen. Hospital Auth. v. Louisiana Health Serv. & Indem. Co., 6:17-cv-00818 (W.D. La.)

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Blue Cross and Blue Shield Association, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Daniel E. Laytin
Signature of Attorney

Kirkland & Ellis LLP
Name of Firm

300 North LaSalle
Address

Chicago, IL  60654
City/State/Zip Code

7/19/2017
Date

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re:  BLUE CROSS BLUE SHIELD   )
ANTITRUST LITIGATION             )           MDL No. 2406
                                 )

CERTIFICATE OF SERVICE

    I, Daniel E. Laytin, as Counsel for Defendant Blue Cross and Blue Shield Association, hereby certify that on the 19th day of July, 2017, a copy of the foregoing Corporate Disclosure Statement was electronically filed with the Judicial Panel on Multidistrict Litigation by using the CM/ECF system on behalf of Defendant Blue Cross and Blue Shield Association, which will send notice of electronic filing to all parties of record:

| | |
|---|---|
| Patrick C. Morrow | Richard J. Tyler |
| James P. Ryan | Michael C. Drew |
| MORROW, MORROW, RYAN, | Mark A. Cunningham |
| BASSETT & HAIK | Graham H. Ryan |
| P.O. Drawer 1787 | JONES WALKER LLP |
| Opelousas, Louisiana 70571-1787 | 201 St. Charles Avenue, 49th Floor |
| Tel: 337-948-4483 | New Orleans, Louisiana 70170-5100 |
| Fax: 337-942-5234 | Telephone: (504) 582-8318 |
| patM@mmrblaw.com | Fax: (504) 589-8318 |
| jamesR@mmrblaw.com | rtyler@joneswalker.com |
| | mdrew@joneswalker.com |
| Stephen B. Murray, Jr. | mcunningham@joneswalker.com |
| Arthur M. Murray | gryan@joneswalker.com |
| MURRAY LAW FIRM | |
| 650 Poydras Street, Suite 2150 | Gary J. Russo |
| New Orleans, Louisiana 70130 | JONES WALKER LLP |
| Tel: (504) 525-8100 | 600 Jefferson St, Suite 1600 |
| Fax: (504) 584-5249 | Lafayette, LA 70501 |
| smurrayjr@murray-lawfirm.com | Telephone: (337) 593.7600 |
| amurray@murray-lawfirm.com | Fax: (337) 593.7601 |
| | grusso@joneswalker.com |
| *Counsel for Plaintiffs* | |
| | *Counsel for the Defendant Louisiana Health Service & Indemnity Company* d/b/a *Blue Cross and Blue Shield of Louisiana* |

1

Date:  July 19, 2017

/s/ Daniel E. Laytin, P.C.
Daniel E. Laytin, P.C.
Zachary D. Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
zachary.holmstead@kirkland.com

Joseph C. Giglio, Jr.
William E. Kellner
LISKOW & LEWIS
822 Harding Street
Lafayette, LA 70503
Tel: (337) 232-7424
Fax: (337) 267-2398
jcgiglio@liskow.com
wekellner@liskow.com

*Counsel for Blue Cross and Blue Shield Association*