BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: BLUE CROSS BLUE SHIELD   )
ANTITRUST LITIGATION   )   MDL No. 2406
   )

CERTIFICATE OF SERVICE

On July 19, 2017, I, Michael C. Drew, counsel for Defendant Louisiana Health Service & Indemnity Co. d/b/a Blue Cross and Blue Shield of Louisiana ("BCBSLA") caused to be filed a Notice of Appearance (Doc. 386) and Corporate Disclosure Statement (Doc. 387) through this Court's CM/ECF system.  Those filings were transmitted electronically by the CM/ECF system to the following counsel of record:

Patrick C. Morrow
James P. Ryan
MORROW, MORROW, RYAN, BASSETT & HAIK
P.O. Drawer 1787
Opelousas, Louisiana 70571-1787
Tel: 337-948-4483
patM@mmrblaw.com
jamesR@mmrblaw.com

Stephen B. Murray, Jr.
Arthur M. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel: (504) 525-8100
smurrayjr@murray-lawfirm.com
amurray@murray-lawfirm.com

Thomas A. Filo
COX, COX, FILO, CAMEL & WILSON
723 Broad Street
Lake Charles, Louisiana 70601
Tel: (337) 436-6611

Counsel for Plaintiffs

Daniel E. Laytin
Zachary D. Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle Street Chicago, IL 60654
Tel: (312) 862-2000
dlaytin@kirkland.com
zachary.holmstead@kirkland.com

Joseph C. Giglio, Jr.
William E. Kellner
LISKOW & LEWIS
822 Harding Street Lafayette, LA 70503
Tel: (337) 232-7424
jcgiglio@liskow.com
wekellner@liskow.com

Counsel for Defendant, the Blue Cross and Blue Shield Association

{N3447085.1}

Respectfully submitted,

*s/ Michael C. Drew*
RICHARD J. TYLER (#01155)
MICHAEL C. DREW (#30884)
MARK A. CUNNINGHAM (#01206)
GRAHAM H. RYAN (#34070)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8318
Fax: (504) 589-8318
rtyler@joneswalker.com
mdrew@joneswalker.com
mcunningham@joneswalker.com
gryan@joneswalker.com

GARY J. RUSSO (#10828)
Jones Walker LLP
600 Jefferson St, Suite 1600
Lafayette, LA 70501
Telephone: (337) 593.7600
Fax: (337) 593.7601
grusso@joneswalker.com

CHARLES A. O'BRIEN (#10143)
ALLISON N. PHAM (#29369)
5525 Reitz Avenue (70809)
Post Office Box 98029
Baton Rouge, Louisiana 70898-9029
Telephone: (225) 295-2454
Fax: (225) 297-2760
Andy.O'Brien@bcbsla.com
Allison.Pham@bcbsla.com

***Attorneys for Defendant,
Louisiana Health Service & Indemnity Company
d/b/a Blue Cross and Blue Shield of Louisiana***